# Third District Court of Appeal

## State of Florida

Opinion filed April 7, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-277
Lower Tribunal No. 18-41649
_____

**Ugo Colombo, et al.,**
Appellants,

vs.

**Dacra Development, Corporation, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Coffey Burlington, P.L., and Jeffrey B. Crockett; Cole Scott & Kissane, P.A., Thomas E. Scott, and Daryl Greenberg, for appellants.

Kula & Associates, P.A., Elliot B. Kula and William D. Mueller; Richard and Richard, P.A., and Dennis Richard, for appellees.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Phillips v. Garcia</u>, 147 So. 3d 569 (Fla. 3d DCA 2014) (Recognizing that the trial court is in a superior position to determine whether the party or its counsel knew or should have known that the claim or defense asserted was not supported by the facts or the applicable law and concluding that the appellate court will reverse only if the record reflects that no reasonable trial judge could have denied the motion for sanctions under Florida Statute 57.105.).